# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burris, Helen E. | US Bankruptcy Court, DSC | 02/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge -full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-trustee Trust #1 and Trust #2 | See Part VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 02/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Employment with Turner Padget Graham & Laney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar Association | 01/20-1/23 | Hilton Head Island, SC | CLE/Bar convention | registration waived, some meals |
| 2. | National Conference of Bankruptcy Judges | 4/03-4/05 | Palm Desert, CA | NCBJ Mid-Year Meeting | lodging, some meals and transportation |
| 3. | South Carolina Bankruptcy Law Association | 5/20-5/22 | Myrtle Beach, SC | Speak at CLE | lodging, some meals, registration waived |
| 4. | American Bankruptcy Institute | 7/27-7/30 | Kiawah Island, SC | Speak at CLE | lodging, some meals and transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Burris, Helen E.** | 02/08/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | National Conference of Bankruptcy Judges | 10/11-10/15 | Tampa, Fl | NCBJ convention, meetings, CLE, reporting and leading roundtable discussions | lodging, some meals and transportation |
| 6. | South Carolina Defense Trial Attorneys Association | 11/3-11/6 | Amelia Island, Fl | Annual seminar (speaker) | lodging, some meals and transportation |
| 7. | South Carolina Defense Trial Attorneys Association | 06/03-06/05 | Amelia Island, Fl | business travel w/spouse | shared room and my portion of meals |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 02/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services | credit card | K |
| 2. | Former dependent's student loans, lender and amount unknown to me. | not derived from my assets, income or activities, no specific knoledge of the loans, value code is est. | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 02/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.       checking account South Carolina Bank & Trust | A | Interest | J | T | | | | | |
| 2.    Tr.#1 South Carolina Bank & Trust checking | A | Interest | J | T | | | | | |
| 3.    Tr.#2, Russell Frank Inv. Co. Lifepoints Fund Conserv. | C | Interest | L | T | | | | | |
| 4.    Russell Frank Inv. Co. Lifepoints Fund Growth Strategy Relax | B | Int./Div. | M | T | Sold (part) | 02/01/11 | K | | reinvested to line 22 |
| 5.    ING USA Annuity and Life Insurance Co. | | None | L | T | | | | | |
| 6.    NW Mutual Whole Life Cash Value #1 | C | Dividend | L | T | | | | | |
| 7.    NW Mutual Whole Life Cash Value #2 | A | Dividend | K | T | | | | | |
| 8.    #1 Putnam Investments New Opportunities Fund Class A & B | | None | | | Closed | 12/31/11 | J | | see VIII |
| 9.    #2 Putnam Investments New Opportunities Fund Class A & B | | None | J | T | | | | | |
| 10.    checking, South Carolina Bank & Trust | A | Interest | J | T | | | | | |
| 11.    401K Fidelity Freedom 2030 Fund | C | Int./Div. | M | T | | | | | |
| 12.    savings, South Carolina Bank & Trust | A | Interest | J | T | | | | | |
| 13.    NetReit Real Estate Investment Trust | B | Dividend | K | T | | | | | |
| 14.    IRA American Funds (see Part VIII) | | | | | | | | | |
| 15.    -American Funds-EuroPacific Growth Fund-B | A | Dividend | J | T | | | | | |
| 16.    -American Funds-The Investment Company of America A | A | Dividend | J | T | | | | | |
| 17.    -American Funds-The Investment Company of America B | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 02/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds-Income Fund of America A | A | Dividend | J | T | Open | 04/11/11 | J | | |
| 19. - American Funds-Income Fund of America B | A | Dividend | J | T | Sold (part) | 04/11/11 | J | | exchanged for line 18 |
| 20. - American Funds-American Balanced Fund B | A | Dividend | J | T | | | | | |
| 21. Future Scholar 529 College Savings Plan-Inc&Growth Stat Dir | A | Int./Div. | J | T | Open | 04/13/11 | J | | |
| 22. Behringer Harvard Multifamily REIT I Inc | A | Dividend | K | T | Open | 02/11/11 | K | | |
| 23. (X) Rental Property #1 Greenville SC | C | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI(2) Formerly guardian of this student, now an adult

VII(4) $20,000 sold and reinvested in VII(22)

VII(8) Account maintained _____ funded by and controlled _____ . They cashed out in December 2011 for college expenses

VII(14-20)previously disclosed at line 7 in 2010 as "IRA American Funds" with additional detail at Part VIII. Prior detail included "VSR Financial Services, Inc., Providence Wealth Advisors, invested in The Investment Company of America-A and B funds. Euro Pacific Growth Fund Class B, American Balanced Fund Class B." The Income Fund of America-B was inadvertently omitted from the detail in 2010. Share exchange by fund manager in 2011 also resulted in the addition of The Income Fund of America-A.

VII (21) account opened in 2011 (no control)

VII(23) previously disclosed in IIIA

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 02/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544